IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:04CR00169-18-BRW

LEONARD FARMER

## ORDER

Pending is the Motion for Summons (Doc. No. 890) in the above styled matter. The Motion is GRANTED and the Clerk's office is directed to prepare and issue a summons for the defendant, LEONARD FARMER. A revocation hearing is set for Friday, January 11, 2013 at 10:30 AM in Courtroom #A401.

Lisa Peters of the Federal Public Defender's Office is appointed to represent the defendant in this matter.

IT IS SO ORDERED this 16th day of November, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE


ordsumms.wpd